**Phillip Walter WASHINGTON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 73187.**

Missouri Court of Appeals, Western District.

June 12, 2012.

Rosalynn Koch, Columbia, MO, for appellant.

Evan J. Buchheim and Shaun J. Mackelprang, Jefferson City, MO, for respondent.

Division Three: JAMES M. SMART, JR., P.J., VICTOR C. HOWARD and THOMAS H. NEWTON, JJ.

## ORDER

PER CURIAM:

Phillip Washington appeals the denial of his Rule 29.15 motion for post-conviction relief following an evidentiary hearing. We affirm. Rule 84.16(b).